# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00128 |
| | ) | Judge Trauger |
| BRANDON HARDISON | ) | |
| | ) | |

## O R D E R

It is hereby **ORDERED** that this case is set for a change of plea hearing on Tuesday, September 24, 2013, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 5th day of September 2013.

_____
ALETA A. TRAUGER
U.S. District Judge